IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY WAYNE TIDWELL                                          PETITIONER
ADC #152340

v.                       No. 5:14-cv-320-DPM-JTK

RAY HOBBS                                                    RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, № 6, and overrules Tidwell's objections, № 7. FED. R. CIV. P. 72(b)(3). No certificate of appealability will issue because Tidwell has not made a substantial showing about the violation of a constitutional right. 28 U.S.C. § 2253(a)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 December 2014