### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DANNY WAYNE TIDWELL**                                        **PETITIONER**
**ADC #152340**

v.                                    **No. 5:14-cv-320-DPM**

**RAY HOBBS**                                                     **RESPONDENT**

### JUDGMENT

Tidwell's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 December 2014