IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY WAYNE TIDWELL
ADC #152340                                                            PETITIONER

v.                              No. 5:14-cv-320-DPM

RAY HOBBS                                                              RESPONDENT

## ORDER

Tidwell's motion to reconsider, № 10, is denied for the reasons adopted in № 8.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2015